# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-8167 PA (JPRx) | Date | November 16, 2023 |
| Title | Ignacio Vera v. Monrene Malmstrom, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**      **IN CHAMBERS — COURT ORDER**

    The Court has received defendant Monrene Malmstrom's hand-written response to the Complaint. (Docket No. 15.) The response raises a number of issues relating to whether Ms. Malmstrom ("Defendant") is properly named as a defendant in this matter. Accordingly, the Court orders that the parties meet and confer no later than **November 29 2023.** The parties should discuss and address whether Defendant is properly named in this action given that Defendant claims she does not own the property or operate the business at issue in the Complaint.

    **Plaintiff shall file a Response to this Order to Show Cause by no later than December 1, 2023** by filing either a Joint Report regarding the parties' meet and confer and any evidence demonstrating that Defendant is a proper party to this action, or a Notice of Dismissal. The filing of a Notice of Dismissal will obviate the need for the parties to meet and confer and the filing of a Joint Report. Failure to timely or adequately respond to this Order may, without further warning, result in the dismissal of the entire action without prejudice or the imposition of other sanctions.

    IT IS SO ORDERED.